## G. Fred Schorr, Appellee, v. John T. Shayne & Company, Appellant.

### Gen. No. 23,352.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. KICK-HAM SCANLAN, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed December 3, 1917.

### Statement of the Case.

Action of assumpsit by G. Fred Schorr, plaintiff, against John T. Shayne & Company, defendants, to recover damages for a breach of contract of employment. From a judgment for plaintiff for $1,397.50, defendant appeals.

O'SHAUGHNESSY & O'SHAUGHNESSY, for appellant.

H. G. COLSON, for appellee; PHILIP S. BROWN, of counsel.

MR. JUSTICE MCSURELY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 76*—*what will not defeat contract by officer of corporation for employment of servant.* The contract of one who enters into a contract of employment with the president of a corporation, in good faith and without knowledge of internal regulations of the management affecting such contracts, cannot be defeated by showing that such contract was entered into by the president in violation of a private resolution of the corporation's directors.

2. MASTER AND SERVANT, § 84*—*when good faith in entering into contract of employment is shown.* Evidence in an action to recover damages for a breach of contract of employment, *held* sufficient to show that plaintiff entered into such contract in good faith.